UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 08-cr-00470-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. DONALD VERNON VANNESS,

      Defendant.

---

## MINUTE ORDER

---

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

     A hearing on supervised release violation is scheduled for **Wednesday, February 17, 2010, at 3:00 p.m.**

     Dated:  February 3, 2010